136 A.3d 416

IN THE MATTER OF WILLIAM J. LAWLOR, III, AN ATTORNEY AT LAW (ATTORNEY NO. 043731989).

May 18, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision DRB 15–181, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **WILLIAM J. LAWLOR, III,** of **JACKSON,** who was admitted to the bar of this State in 1989, should be reprimanded for violating *RPC* 1.15(b) (failure to promptly deliver funds to client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **WILLIAM J. LAWLOR, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.